IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 09-91011 |
| BERNARD RAMOS, ) | |
| ) | |
| Debtor. ) | |

**APPLICATION FOR EMPLOYMENT OF ATTORNEY**

The Debtor-in-possession, BERNARD RAMOS, hereby requests that Brett Kepley and Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C., 501 West Church Street, Champaign, Illinois, be retained as counsel for the Debtor-in-possession in this case and in support states:

1.  Debtor seeks employment of Brett Kepley and the law firm of Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C., to act as attorney on behalf of Debtor for the purpose of assisting the Debtor in all matters pertaining the filing and prosecution of Debtor's Chapter 11 Reorganization relief, including, but not limited to, preparation and filing of any and all necessary petitions and schedules or amendments thereto, assisting in the filing of all monthly reports, preparation for filing of any and all documents ordered by the court to be filed, including disclosure statements and plans of reorganization, and to attend all court appearances connected with the bankruptcy case, and all other matters arising in the bankruptcy case under Title XI of the United State Code including representing Debtor in any adversary proceedings brought there under.

2.  Debtor's counsel shall be compensated on an hourly basis at $225.00 per hour together with costs, subject to approval of the bankruptcy court, and paid by the Debtor.

3.  The proposed Debtor's attorney and law firm has no connection with either the Debtor, any creditor of the Debtor, the United States Trustee, or any person employed in the office of the United States Trustee, or any other party in interest or their respective attorneys or accountants.

/s/ BERNARD RAMOS
Bernardo Ramos
213 W. Green St.
Champaign, IL  61820

## VERIFIED STATEMENT

      I, Brett Kepley, state that neither I nor any member or associate of my law firm, Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C., have any connection with the Debtor, any of Debtor's creditors, the United States Trustee or any person employed in the Office of the United States Trustee, or any other party in interest or their respective attorneys or accountants.
I declare under penalty of perjury that the foregoing is true and correct.


Dated:   06/19/09                 /s/ Brett Kepley
                                                          Brett Kepley
                                                          Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
                                                          501 West Church Street
                                                          P.O. Box 800
                                                          Champaign, IL   61824-0800
                                                          Telephone:  217/352-7661
                                                          Facsimile:  217/352-2169