Form omddue

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

*In Re:* Bernardo E Ramos
　　*Debtor*

*Case No.:* 09–91011

*Chapter:* 11

## ORDER AND DEFICIENCY NOTICE

FAILURE TO FILE THE REQUIRED DOCUMENTS WITHIN THE SPECIFIED TIME
WILL RESULT IN DISMISSAL OF THIS CASE

A petition was filed in the above named case on 5/7/09 . The documents and/or information listed below were not filed with the petition as required. The following documents **must be filed on the most current Official form(s) within 15 days, on 7/7/09 , or the case will be dismissed without further notice.** Current *Official forms* may be obtained at www.ilcb.uscourts.gov. Click on *Forms*.

**Missing Documents and/or Information:**

| | | |
|---|---|---|
| ☐ Official form 1, Exhibit D (required for each debtor in a joint case) | ☐ Schedule E | ☐ Statement of Intention **(12/08 form required)** |
| ☐ Statement of Financial Affairs | ☐ Schedule F | ☑ Disclosure of Attorney Compensation |
| ☐ Summary of Schedules | ☐ Schedule G | ☐ Appl. for Attorney Compensation |
| ☐ Statistical Summary of Certain Liabilities | ☐ Schedule H | ☐ Chapter 13 Plan |
| ☐ Schedule A | ☐ Schedule I | ☐ Equity Security Holder List |
| ☐ Schedule B | ☐ Schedule J | ☐ List of 20 Largest Unsecured Creditors |
| ☐ Schedule C | ☐ Schedules A–J | ☐ Balance Sheet (Ch 11 SB only) |
| ☐ Schedule D | ☐ Declaration Concerning Schedules | ☐ Stmt. of Operations (Ch 11 SB only) |

☐ Cash Flow Statement (Ch 11 SB only) ☐ Federal Income Tax Return (Ch 11 SB only)

☐ Schedule of Income and Expenditures (Corporate Debtor)

☐ Application for Waiver of Chapter 7 Filing Fee required

☐ Ch 11 Statement of Current Monthly Income (Must be filed on Official form 22B)

☐ Ch 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Must be filed on Official form 22C)

☐ Ch 7 Statement of Current Monthly Income and Means Test Calculation (Must be filed on Official form 22A)**(12/08 form required)**

☐ Declaration of Exemption from Means Test (Local Form. Go to *www.ilcb.uscourts.gov* . Click on Forms. Must be signed by both joint debtors, if any.)

☐ Disclosure of Corporate Ownership Statement pursuant to B.R. 1007(1)

**Dated:** 6/22/09

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　Gerald D. Fines
　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

# GENERAL INFORMATION RE: FILING REQUIREMENTS

*INFORMATION:*

Visit our website at *www.ilcb.uscourts.gov* for more information.

Go to *www.ilcb.uscourts.gov* for information regarding this court's **mandatory** electronic filing policy.

*OFFICIAL FORMS ARE REQUIRED*

Official forms may be obtained at *www.ilcb.uscourts.gov* or a local stationary store. If documents were originally filed on outdated or unofficial forms, refile said documents on official forms. Electronic filers call the court for directions.

*SCHEDULE OF POST PETITION DEBTS:*

Must be filed if only to state "none". Post petition debts filed in the form of an amendment to the liability schedules will **not** satisfy this requirement.

*SCHEDULE OF POST PETITION PROPERTY:*

Must be filed if only to state "none".

*SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS:*

Must be filed if only to state "none".

*DEBTOR'S STATEMENT OF INTENTION re: consumer debts secured by personal property:*

It is the responsibility of the debtor's attorney (debtor, if pro se) to file and serve Statement of Intention on or before the 341(a) meeting date.