**IT IS SO ORDERED.**

**SIGNED THIS: July 15, 2009**

_____
**GERALD D. FINES**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| BERNARDO E. RAMOS, | ) | Bk. No.  09-91011 |
|  | ) |  |
| Debtor. | ) |  |

**ORDER MODIFYING AUTOMATIC STAY**

UPON motion of HERGET BANK, N.A. (hereinafter "Movant"), and after notice and hearing and for reasons stated in open court, the motion is GRANTED and the following relief is hereby ordered:

    1.    The automatic stay is lifted as to the following "subject property":

    112 S. Lynn Street, Urbana, Illinois (PIN 92-21-16-104-038)
    114 S. Lynn Street, Urbana, Illinois (PIN 92-21-16-104-017)
    202 S. Lynn Street, Urbana, Illinois (PIN 92-21-16-104-018)
    709 & 709.5 West Church Street, Champaign, Illinois (PIN 42-20-12-303-005)
    711 & 713 West Church Street, Champaign, Illinois (PIN 42-20-12-303-004)

    2.    That Movant is allowed to proceed with a foreclosure sale of the subject property,

with the collection of any personal deficiency against the debtor stayed by these proceedings;

3. The Movant is allowed to continue to act as Mortgagee in Possession pursuant to the January 26, 2009 order of the Champaign County Circuit Court;

4. The Movant is allowed to issue notices of termination and commence the appropriate procedures, including forcible entry actions and the notices applicable with such actions, against tenants of the subject property in its capacity as Mortgagee in Possession;

5. The Movant is allowed to continue to collect rents from the tenants of the subject property, with the Movant being required to account to this Court for the use of any of the funds for maintenance and taxes on the subject property and the remaining amounts to be held by Movant pending further order of this Court.

5. That Bankruptcy Rule 4001(a)(3) is waived and shall not delay enforcement of this order.

# # #