IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, DANVILLE DIVISION

In the Bankruptcy Matter of:

Bernardo E. Ramos

Debtor

Bankruptcy No. 09-91011
Judge Gerald D. Fines
Chapter: 11

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Wilshire Credit Corporation as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, National Association (hereinafter "Movant"), through its attorney, Andrew E. Houha of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated August 27, 2005 on the property located at 211 West Green Street, Champaign, Illinois 61820, in the original amount of $131,750.00. (See attached Mortgage documents).

2. The above-captioned Chapter 11 case was filed on May 7, 2009 and the Debtor has not yet filed a plan.

3. The Debtor's Schedule A filed in this case fails to list the Debtor's ownership or interest in the subject property. The Debtor's Schedule D does list a debt with the Movant but does not indicate the amount owed and only lists the account number.

4. Notwithstanding the fact that no plan has been filed, the Debtor has failed to maintain payments to the Movant thereby incurring a contractual default of 19 payments from January 1, 2008 through July 15, 2009 for a total default of $24,095.97.

5. Another creditor who holds a mortgage recorded against approximately 7 rental properties filed and has received relief from the automatic stay. Based

upon the schedules filed in this case, it would appear that the creditor who obtained relief is in possession of and is collecting rent from the rental properties. With the creditor having obtained relief to proceed with its foreclosure against the subject properties, it appears that the Debtor does not have any source of income to fund any type of plan in this case. As such, Movant does not have any adequate protection in this case as the Debtor will not be able to propose any type of plan that will provide Movant with adequate protection.

6. The Schedules and Statement of Financial Affairs filed by the Debtor are incomplete and do not provide any meaningful information to provide Movant with an ability to assess and analyze the Debtor's financial condition. Without accurate financial information, Movant lacks adequate protection.

7. The unpaid principal balance owed to the Movant at the time of filing was $128,452.39. The payoff balance due to the Movant at the time of filing was $150,386.43. Movant believes the property is presently valued at $82,500.00. As such, there is no equity in the subject property.

8. The subject property is not necessary for an effective reorganization.

9. The Debtor has failed to obtain the required credit counseling within the time periods stated within 11 U.S.C. § 109 (h). The Debtor was given a extension to obtain credit counseling on May 7, 2009. Pursuant to 11 U.S.C. § 109 (h)(3)(b), the deadline to obtain credit counseling was 45 days after May 7, 2009, which would be June 21, 2009. The Certificate of Credit Counseling

    filed by the Debtor indicates that he did not receive credit counseling until July 11, 2009.  As such, the Debtor is not eligible to be a debtor in this case.

10. The above stated facts all constitute cause under 11 U.S.C. § 362 (d) thereby entitling Movant to relief from the automatic stay.

11. That should the Debtor wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

12. The Movant requests waiver of 10 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, Wilshire Credit Corporation as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, National Association prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

    /s/ Andrew E. Houha
Andrew E. Houha, ARDC #6216265
Attorney for Wilshire Credit Corporation as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, National Association

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, DANVILLE DIVISION

In the Bankruptcy Matter of:

Bernardo E. Ramos

Debtor

Bankruptcy No. 09-91011
Judge Gerald D. Fines
Chapter: 11

## CERTIFICATE OF MAILING

TO:  Bernardo E. Ramos, 213 W. Green St., Champaign, IL 61820
     United States Trustee, Becker Bldg, Room 1100, 401 Main St., Peoria, IL 61602
     Sabrina Petesch, 401 Main St., Peoria, IL 61602
     SEE ATTACHED SERVICE LIST

I, Andrew E. Houha, an attorney certify that I served the attached motion by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on July 15, 2009.  The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Andrew E. Houha
Andrew E. Houha, ARDC #6216265
Attorney for Wilshire Credit Corporation as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, National Association

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

SERVICE LIST

The following parties were served by depositing a copy of this motion in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on July 15, 2009.

City of Urbana
Phyllis Clark, Clerk
400 S. Vine
Urbana, IL 61801

City of Champaign, Illinois
A Municipal Corporation
Attn: Gerald Schweighart. Mayor
2906 W. Daniel St.
Champaign, IL 61821

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

Colorado Place L.L.C.
An Illinois Limited Liability Company
Attn: Paul Zerrouki, Registered Agent
1305 Silver St.
Urbana, IL 61801

U.S.A. Department of Labor
P.O. Box 2638
Chicago, IL 60690-2638

Vermillion County Treasurer's Office
Attn: Sue Stine
6 N. Vermillion
Danville, IL 61852

JAB, LLC
P.O. Box 91
Red Bud, IL 62278

Illinois America Water
3002
Palapine, IL 60094

American Airlines Credit Card
Citicorp Credit Services

Center Lized Bank
Po Box 20507
Kansas City, MO 64195

Ameren IP
PO Box 66884
San Luis, Missouri 63166

Champaign-Urbana Sanitary District
PO Box 669
Urbana, IL 61803

City Financial
605 Munn Rd.
Fort Mill, SC 29715

Nycor Gas
1844 Ferry Rd.
Naperville, IL 60563