Form odmcs/odismcs

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

*In Re:*  Bernardo E Ramos
  **Debtor**

*Case No.:* 09–91011

*Chapter:* 11

### ORDER DISMISSING CASE

**The Court finds:**

☐  that the debtor(s) failed to file the certificate described in Section 521(b)(1) or a Request for Waiver or Motion to Excuse in accordance with the Revised Standing Order Regarding Credit Counseling entered on October 4, 2006 by the Judges of the United States Bankruptcy Court, Central District of Illinois.

☐  that the debtor(s) failed to pay the filing fee as ordered on and the Court has been fully advised in the premises.

☐  that the debtor(s) failed to comply with the court Order dated in that no have been filed with this Court.

☐  that the debtor(s) Motion for Voluntary Dismissal of Chapter 11 proceedings is allowed.

☐  that the Trustee's Motion to Dismiss Chapter 11 proceedings is allowed.

☐  that the United States Trustee's Motion to Dismiss pursuant to 11 U.S.C. Sec. 707(b) is allowed.

☐  that the debtor(s) failed to appear at the 341(a) meeting.

☐  that the debtor(s) failed to file or upload a list (mailing matrix) containing the name and address of each entity included or to be included on Schedules D, E, F, G, and H per B. Rule 1007(a)(1).

☑  Other:


The Debtor was ordered at hearing held 07/14/2009 to file missing documents within 14 days. Debtor failed to file missing documents including Small Business Balance Sheet, Statement of Operations, and Cash Flow Statement.

*IT IS THEREFORE ORDERED* that the Chapter 11 petition in bankruptcy filed on 5/7/09, be and is hereby dismissed.

*IT IS FURTHER ORDERED* that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the Final Report (30 days for a Chapter 7 or 90 days for a Chapter 12/13).

**Entered:** 7/29/09

/S/
Gerald D. Fines
U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.